Olinsky Law Group®
A NATIONAL DISABILITY LAW FIRM
www.windisability.com
1-888-WIN-SSDI

250 S Clinton St Ste 210
Syracuse, NY 13202

11875 High Tech Ave Ste 100B
Orlando, FL 32817

Telephone: 315-701-5780, Fax: 315-701-5781

*Document Electronically Filed*

August 25, 2026

Hon. Robert W. Lehrburger
United States Magistrate Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Granted.

SO ORDERED:

8/25/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re: Brambila v. Commissioner of Social Security
Docket No: 1:26-cv-02424-RWL

Hon. Judge Lehrburger:

This letter respectfully requests an extension of time of seven (7) days for Plaintiff to file Plaintiff's Brief in this matter, to September 4, 2026. Plaintiff's Brief is currently due on August 28, 2026; however, Plaintiff cannot complete the Brief on time for the reasons detailed below. This is Plaintiff's second request for an extension of time in this matter. On June 22, 2026, this Court granted Plaintiff's first Motion for an Extension of Time (Dkt. No. 12).

Counsel requests this extension due to the assigned briefing attorney being out of the office in the lead up to, and through, Plaintiff's filing deadline due to a death in their immediate family. Due to this circumstance, the briefing attorney requires a short, seven (7) day extension of time to complete Plaintiff's Brief in this matter. This request will not cause Defendant any undue hardship. This extension is needed to prepare the brief thoroughly and properly.

Plaintiff's counsel has contacted Defense Counsel, who kindly consents to this request and has agreed to the briefing schedule below. This request will not cause Defendant any undue hardship. The parties have agreed on the briefing schedule below.

If Plaintiff's request is granted, the new briefing schedule would be:

- **Plaintiff's Brief is due on or before September 4, 2026;**
- **Defendant's Brief is due on or before November 3, 2026; and**
- **Plaintiff's Reply Brief, if any, is due on or before November 17, 2026.**

Thank you for your consideration.

Respectfully submitted,

*/s/ Howard D. Olinsky*
Howard D. Olinsky, Esq.
Counsel for Plaintiff

Olinsky Law Group®
A NATIONAL DISABILITY LAW FIRM
www.windisability.com
1-888-WIN-SSDI

250 S Clinton St Ste 210
Syracuse, NY 13202

11875 High Tech Ave Ste 100B
Orlando, FL 32817

Telephone: 315-701-5780, Fax: 315-701-5781

CC [via ECF]: Fergus Kaiser, Esq., Attorney for Defendant